**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KRESLAKE,<br><br>              Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>              Defendant.<br>_____ / | No. C 13-02080 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

*Pro se* plaintiff Kreslake filed this suit against defendant Midland Credit Management, Inc., in Alameda County Superior Court for "violation of FDCPA 5809 & violations of Rosenthal Act." Compl. at 2. On May 14, 2013, after the case was removed to this Court, defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The hearing was set for June 28, 2013, and plaintiff's opposition was due on May 30, 2013. Plaintiff did not file an opposition, nor did plaintiff request an extension of time.

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than June 28, 2013, why this case should not be dismissed without prejudice for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). If plaintiff does not provide an adequate response, this action will be dismissed without prejudice. The June 28, 2013 hearing date is VACATED.

    **IT IS SO ORDERED.**

Dated: June 14, 2013                                        _____

                                                                         SUSAN ILLSTON
                                                                         United States District Judge