IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KRESLAKE,<br><br>        Plaintiff,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT INC.,<br><br>        Defendant.<br>                                       / | No. C 13-02080 SI<br><br>**JUDGMENT** |

      This action is dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 30, 2013

                                                                            _____<br>
                                                                            SUSAN ILLSTON<br>
                                                                            United States District Judge