1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KRESLAKE, | No. C 13-02080 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MIDLAND CREDIT MANAGEMENT INC., | |
| Defendant. _____/ | |

This action is dismissed without prejudice for failure to prosecute.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 30, 2013

_____
SUSAN ILLSTON
United States District Judge